

To Whom It May Concern:

Please send a CD recording of the oral argument of Thomas Barnes, Appellant v. Ronald Zaccari, et al., appeal number 13-13800, date June 13, 2014. Please send to Will Creeley at 170 S Independence Mall W, Suite 510, Philadelphia, PA 19106, phone number 215-717-3473. Please feel free to contact me if you have any questions at peyton@thefire.org or 215-717-3473. Thank you,

Peyton Cudaback
Director, Finance and Operations

170 S Independence Mall W, Suite 510   Philadelphia, PA 19106
phone: 215-717-3473   fax: 215-717-3440
thefire.org